# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAHMAN ANDERSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>NYE COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant(s). | Case No. 2:23-cv-00749-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by September 12, 2023.

IT IS SO ORDERED.

Dated: September 5, 2023

                                                                Nancy J. Koppe
                                                                United States Magistrate Judge