UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAHMAN ANDERSON,<br><br>        Plaintiff(s),<br><br>v.<br><br>NYE COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendant(s). | Case No. 2:23-cv-00749-RFB-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Both sides of this case are represented by veteran attorneys with significant experience in federal court. And, yet, they have filed a discovery plan referencing the Honorable Elayna J. Youchah as a "magistrate." Docket No. 13 at 3. There is no such thing in the federal system as a "magistrate," as the title for that position was changed more than 30 years ago to "United States Magistrate Judge." *E.g.*, *Taddeo v. American Invsco Corp.*, 2015 WL 751072, at *2 n.2 (D. Nev. Feb. 20, 2015) (citing *Williams v. City of Mesa*, 2010 WL 2803880, at *2 n.1 (D. Ariz. July 15, 2010)).[1] The discovery plan (Docket No. 13) is **DENIED** without prejudice. An amended discovery plan must be filed by September 15, 2023.

IT IS SO ORDERED.

Dated: September 8, 2023

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge

---

[1] There is also no such thing as a "magistrate court." *But see* Docket No. 13 at 3. There is, instead, a United States District Court, which has different types of judges sitting on it together.