# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAHMAN ANDERSON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NYE COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00749-RFB-NJK<br><br>**Order**<br><br>[Docket No. 17] |

　　　Despite counsel's extensive federal experience and a specific order to the contrary issued in this case, the parties have refiled a discovery plan that again references a non-existent "magistrate court." *See* Docket No. 17 at 3; *but see* Docket No. 14 at 1 n.1 ("There is also no such thing as a 'magistrate court.' *But see* Docket No. 13 at 3.  There is, instead, a United States District Court, which has different types of judges sitting on it together.").  The refiled discovery plan is DENIED without prejudice.  An amended discovery plan must be filed by September 18, 2023.

　　　IT IS SO ORDERED.

　　　Dated: September 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1