**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Tel. (775) 786-6868
rb@lge.net

**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: bhardy@maclaw.com
Email: tsteinberg@maclaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAHMAN ANDERSON, | **Case No.:** 2:23-cv-00749-RFB-NJK |
| Plaintiff, | |
| v. | |
| NYE COUNTY, a political subdivision and municipality including its department, NYE COUNTY SHERIFF'S DEPARTMENT, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (First Request)**

///

///

- 1 -

1   Defendant NYE COUNTY ("the County"), a political subdivision and municipality
2   including its department, NYE COUNTY SHERIFF'S DEPARTMNT ("NCSD"), by and
3   through its attorneys of record, REBECCA BRUCH, ESQ. of LEMONS, GRUNDY &
4   EISENBERG, and BRIAN HARDY, ESQ. and TABETHA STEINBERG, ESQ., of
5   MARQUIS AURBACH, and Plaintiff RAHMAN ANDERSON, by and through his attorney of
6   record, MICHAEL BALABAN, ESQ., do hereby stipulate to an extension of time for
7   Defendant to respond to Plaintiff's Motion to Amend Complaint.  This extension is sought in
8   good faith and not for the purposes of delay.
9   ///
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 2 -

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   LEGAL AUTHORITY

Fed. R. Civ. P. 6(b) and LR IA 6-1 govern requests for continuance, extension of time, or order shortening time.  A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted.  *LR IA 6-1*.  "When an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or notice if the court acts, or if a request is made before the original time or its extension expires…"  *Fed. R. Civ. P. Rule 6(b)*.

## II.   RELEVANT PROCEDURAL HISTORY

This matter was filed on May 12, 2023.  *See ECF No. 1*.  Discovery was conducted without any extensions and ended on January 9, 2024.   No dispositive motions were filed, and the parties filed a Joint Pretrial Order on March 11, 2024.   *See ECF No. 25*.  The Court issued its Order Regarding Trial on March 30, 2025, setting trial for June 23, 2025, and scheduled a Calendar Call for May 27, 2025. *See ECF No. 26*.   The parties attended and participated in the Calendar Call where various motions in limine were argued and ruled on by the Court.  *See ECF No. 63*.

At the time of the Calendar Call, the Court advised the parties that the June 23, 2025, trial date would be vacated, and a new trial date would be determined at a later time.  *Id*.  A new trial date has not yet been set.

On June 23, 2025, Plaintiff filed a Motion to Amend his complaint, requesting to add new claims  *See ECF. No. 64*.  Defendant's response is currently due on July 7, 2025.  *Id*.  The parties stipulate to a two-week extension to July 21, 2025

## III.   REASONS FOR EXTENSION

Defense counsel at both firms have been occupied with heavy trial preparation and other litigation matters, several of which are currently scheduled in U.S. District Court.  In addition, other personal and family matters which were in place prior to Plaintiff filing this Motion to Amend have taken defense counsel out of town.   Preparation of the response

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 3 -

requires a review of the discovery that has taken place previously, to be able to assess the validity of the proposed new claims, as well as Defendant's ability to determine the scope of additional discovery that will be needed if the amendment is permitted.

The parties will not be prejudiced by this extension.

| | |
|---|---|
| Dated this 3rd day of July, 2025. | Dated this 3rd day of July, 2025. |
| **LAW OFFICES OF MICHAEL P. BALABAN** | **MARQUIS AURBACH** |
| | */s/ Tabetha J. Steinberg* |
| */s/Michael P. Balaban* | Brian R. Hardy, Esq. |
| Michael P. Balaban, Esq. | Nevada Bar No. 10068 |
| 10726 Del Rudini St. | Tabetha J. Steinberg, Esq. |
| Las Vegas, NV 89141 | Nevada Bar No. 16756 |
| *Attorneys for Plaintiff Rahman Anderson* | 10001 Park Run Drive |
| | Las Vegas, Nevada  89145 |
| | */s/ Rebecca Bruch* |
| | **Lemons, Grundy & Eisenberg** |
| | Rebecca Bruch, Esq. |
| | Nevada Bar No. 7289 |
| | 6005 Plumas Street, Third Floor |
| | Reno, Nevada 89519 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

**DATED:** July 8, 2025.

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 4 -