Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAHMAN ANDERSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>NYE COUNTY, a political subdivision, and municipality including its department, NYE COUNTY SHERIFF DEPARTMENT,<br><br><br>            Defendants. | CASE NO. 2:23-cv-00749-RFB-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE A FIRST AMENDED COMPLAINT [LR 7-1; LR IA 6-2]<br><br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's reply to NYE COUNTY, a political subdivision, and municipality including its department, NYE COUNTY SHERIFF DEPARTMENT GENERAL'S ("Defendant's") opposition to Plaintiff's motion to file a first amended complaint filed on July 21, 2025, for which the reply is currently due on July 28, 2025, will be continued until August 11, 2025.

1

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said opposition given that Plaintiff's counsel has a set of written discovery to respond to in another case and an opposition to a motion dismiss in yet another case.  No previous extensions have been requested or granted as to the filing of Plaintiff's reply to Defendant's opposition to Plaintiff's motion to file a first amended complaint.

| LAW OFFICES OF MICHAEL P. BALABAN | MARQUIS AURBACH |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br><br>*Attorney for Plaintiff Rahman Anderson*<br><br>Dated: July 24, 2025 | /s/ Tabetha J. Steinberg<br>Brian R. Hardy, Esq.,<br>SBN #10068<br>Tabetha J. Steinberg, Esq.,<br>SBN #16756<br>10001 Park Run Drive<br>Las Vegas, NV  89145<br><br>/s/ Rebecca Bruch<br>Lemons, Grundy & Eisenberg<br>Rebecca Bruch, Esq.,  SBN#7289<br>6005 Plumas Street, Third Floor<br>Reno, NV  89519<br><br>*Attorneys for Defendant Nye County Sheriff's Department*<br><br>Dated: July 24, 2025 |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: July 25, 2025.