**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rahman Anderson,<br>Plaintiff(s),<br>v.<br>Nye County Sheriff's Department,<br>Defendant(s). | Case No. 2:23-cv-00749-RFB-NJK<br>**Order**<br>[Docket No. 85] |

Pending before the Court is a stipulation to continue the settlement conference, Docket No. 85, which is **GRANTED**. The settlement conference is **RESET** for 10:00 a.m. on October 27, 2026. The parties must submit settlement statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on October 20, 2026. All other requirements in the prior settlement conference order (Docket No. 84) continue to govern.

IT IS SO ORDERED.

Dated: August 14, 2026

Nancy J. Koppe
United States Magistrate Judge