**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: bhardy@maclaw.com

**Laxalt Law Group**
Rebecca Bruch, Esq.
Nevada Bar No. 7289
9790 Gateway Dr #200
Reno, Nevada 89521
Email: rbruch@laxaltlaw.com
*Attorneys for Nye County*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAHMAN ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision, and municipality including its department, NYE COUNTY SHERIFF DEPARTMENT,<br><br>Defendants. | Case Number: 2:23-cv-00749-RFB-NJK<br><br>**STIPULATION CONTINUING THE DEADLINE TO FILE JOINT STATUS REPORT** |

Defendant NYE COUNTY ("the County"), a political subdivision and municipality including its department, NYE COUNTY SHERIFF's DEPARTMENT ("NCSD"), by and through its attorneys of record, REBECCA BRUCH, ESQ. of LAXALT LAW GROUP, and BRIAN R. HARDY, ESQ., of MARQUIS AUBACH CHTD., and Plaintiff RAHMAN ANDERSON, by and through his attorney of record, MICHAEL BALABAN, ESQ., do hereby stipulate to an extension of time for the Parties to file their Joint Status Report as to the Parties' preparedness to proceed to trial. This extension is sought in good faith and not for purposes of delay.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. LEGAL AUTHORITY

Fed. R. Civ. P. 6(b) and LR IA 6-1 govern requests for continuance, extension of time, or order shortening time. A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. *LR IA 6-1*. "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made before the original time or its extension expires…" *Fed. R. Civ. P. Rule 6(b)*.

## II. RELEVANT PROCEDURAL HISTORY

On May 12, 2026, the Court ordered the Joint Status Report as to the Parties' preparedness to proceed to trial due on October 9, 2026. *See ECF No. 82*. On May 13, 2026, the Court set a mandatory Settlement Conference in this matter for September 2, 2026. *See ECF No. 84*. On August 13, 2026 the Parties stipulated to continuing the Settlement Conference due to an obligation for Mr. Anderson to participate in mandatory training for federal employees. *See ECF No. 85*. On August 14, 2026 the Settlement Conference was reset for October 27, 2026. *See ECF No. 86*. The Calendar Call in this matter is currently set for November 10, 2026 and Trial is set for December 7, 2026. *See ECF No. 82*.

## III. REASONS FOR EXTENSION

Said continuance is being stipulated to because the settlement conference is now set for after the Joint Status Report deadline, and the Parties cannot provide a meaningful report until the completion of the settlement conference on October 27, 2026.

No previous extensions have been requested as to continuing the deadline to file the Joint Status Report as to the Parties' preparedness to proceed to trial.

**IT IS SO STIPULATED.**

Dated this 8th day of October, 2026.

**MARQUIS AURBACH**

By: */s/ Brian R. Hardy*
Brian R. Hardy, Esq.

Dated this 8th day of October, 2026.

**LAW OFFICES OF MICHAEL P. BALABAN**

By: */s/ Michael P. Balaban*





MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145

**LAXALT LAW GROUP**

By: *_/s/ Rebecca Bruch_*
Rebecca Bruch, Esq.
Nevada Bar No. 7289
9790 Gateway Dr #200
Reno, Nevada 89521
*Attorneys for Defendant Nye County*

Michael P. Balaban, Esq.
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorneys for Plaintiff Rahman Anderson*

**IT IS SO ORDERED.**

______________________________

**DISTRICT COURT JUDGE or**
**UNITED STATES MAGISTRATE JUDGE**

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816



MAC: 11779-232 (#6612767.3)