**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rahman Anderson,<br>Plaintiff(s),<br>v.<br>Nye County Sheriff's Department,<br>Defendant(s). | Case No. 2:23-cv-00749-RFB-NJK<br>**Order** |

Pending before the Court is a joint statement that the upcoming settlement conference would be futile and should not proceed. Docket No. 93. Accordingly, the Court VACATES the settlement conference.

IT IS SO ORDERED.

Dated: October 23, 2026

Nancy J. Koppe
United States Magistrate Judge